## LONG ARM CITATION
### CITATION PURSUANT TO THE PROVISIONS OF LSA-R.S. 13:3201 ET SEQ.

ALFONSO SALAZAR RAMIREZ, ET AL

Versus

KOLD TRANS, LLC, ET AL



Case: 00001047409
Division: C
18th Judicial District Court
Parish of West Baton Rouge
State of Louisiana

TO: VICTORIA DAULTON
912 ELM STREET
TWIN FALLS, ID 83301

**YOU ARE HEREBY SUMMONED** to comply with the prayer of the attached **PETITION FOR DAMAGES** or file your answer thereto in writing, in the office of the Clerk of Court for the 18th Judicial District Court of the State of Louisiana, in and for the Parish of West Baton Rouge, situated at the Court House of said Parish within thirty(30) days after the filing in the record of the affidavit of the individual who either:

(a) mailed the process to the defendant, showing that it was enclosed in an envelope properly addressed to the defendant, with sufficient postage affixed, and the date it was deposited in the United States mail, to which shall be attached the return receipt of the defendant; or

(b) actually delivered the process to the defendant, showing the date and place, and manner of delivery, under penalty of default.

WITNESS, THE HONORABLE JUDGES OF SAID COURT, ON MAY 3, 2022

_Jacob Kershaw_
Deputy Clerk of Court
Hon. Mark J. Graffeo, Clerk of Court
18th JDC/West Baton Rouge
PO Box 107
Port Allen, LA 70767

Attorney:

BRYAN D. FISHER

**EXHIBIT A**

[ ORIGINAL ]



| | |
|---|---|
| **ALFONSO SALAZAR RAMIREZ and**<br>**ROSA DELPILAR RAMIREZ**<br><br>**VERSUS**<br><br>**KOLD TRANS, L.L.C.,** *et al.* | * DOCKET NO. 47419 SEC. C<br>*<br>* 18TH JUDICIAL DISTRICT COURT<br>*<br>*<br>*<br>* PARISH OF WEST BATON ROUGE<br>*<br>* STATE OF LOUISIANA |

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Petitioners, ALFONSO SALAZAR RAMIREZ and ROSA DELPILAR RAMIREZ, major domiciliaries of Harris County, Texas, who respectfully aver:

1.

Made Defendants herein are:

A. KOLD TRANS, L.L.C., (hereinafter sometimes referred to as "Kold Trans"), a foreign limited liability company who may be served via Long Arm Citation through its registered agent, Todd F. Carlson, 20002 N. 19th Avenue, Phoenix, AZ 85027;

B. KNIGHT TRANSPORTATION, INC., (hereinafter sometimes referred to as "Knight Transportation"), a foreign corporation who may be served via Long Arm Citation through its registered agent, RCA Service Co. LLC, 3200 N. Central Avenue, Ste. 1600, Phoenix, AZ 85012;

C. VICTORIA DAULTON, (hereinafter sometimes referred to as "Daulton") who may be served via Long Arm Citation at her residence, 912 Elm Street, Twin Falls, Idaho 83301; and

D. ACE AMERICAN INSURANCE COMPANY, (hereinafter sometimes referred to as "Ace American"), a foreign insurer licensed to do business in the State of Louisiana, whose registered agent for service of process is Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, LA 70809.

Said Defendants are truly and justly indebted to Petitioners for the following reasons:

2.

On or about May 6, 2021 (sometimes referred to as "date of incident"), Petitioner **ALFONSO SALAZAR RAMIREZ** (hereinafter sometimes referred to as "Alfonso") was the owner and operator of a 2008 Nissan Titan XE, which was traveling eastbound on I-10 near Lobdell Highway in Port Allen, Louisiana.

3.

On or about May 6, 2021, Petitioner **ROSA DELPILAR RAMIREZ** (hereinafter sometimes referred to as "Rosa") was the front seat passenger in the 2008 Nissan Titan XE owned and operated by Alfonso, which was traveling eastbound on I-10 near Lobdell Highway in Port Allen, Louisiana.

4.

On or about May 6, 2021, Defendant **VICTORIA DAULTON** was the operator of a 2020 KENWORTH Model TT owned by Defendant **KOLD TRANS, LLC** (sometimes referred to as "18-wheeler" or "Kenworth TT"), which was traveling eastbound on I-10 near Lobdell Highway in Port Allen, Louisiana.

5.

On the date of incident, Alfonso slowed his vehicle to a stop in conformity with preceding traffic.

6.

Suddenly and without warning, Defendant Daulton crashed into Alfonso and Rosa with the 18-wheeler at a high rate of speed (sometimes referred to as "the incident"). The crash caused Alfonso's vehicle to flip multiple times and land upside-down.

7.

At all pertinent times, Alfonso exercised reasonable care operating his vehicle and followed all applicable traffic laws.

8.

At the time of the incident, **VICTORIA DAULTON** was employed and/or acting as an agent of **KOLD TRANS, L.L.C.** and/or alternatively **KNIGHT TRANSPORTATION, INC.**

9.

At the time of the incident, **VICTORIA DAULTON** was within the course and scope of her employment and/or her agency with **KOLD TRANS, L.L.C.** and/or alternatively **KNIGHT TRANSPORTATION, INC.**

10.

At the time of the incident, **VICTORIA DAULTON** was driving the Kenworth TT for **KOLD TRANS, L.L.C.** and/or alternatively **KNIGHT TRANSPORTATION, INC.** in exchange for compensation.

11.

At the time of the incident, **VICTORIA DAULTON** was a permissive user of the Kenworth TT for **KOLD TRANS, L.L.C.** and/or alternatively **KNIGHT TRANSPORTATION, INC.** in exchange for compensation.

12.

At the time of the incident, **KOLD TRANS, L.L.C.** was acting in affilation with, as a subsidiary for, and/or owned by **KNIGHT TRANSPORTATION, INC.**

13.

The described incident was caused exclusively by the neglect or other fault of Defendant **VICOTRIA DAULTON**.

14.

**VICTORIA DAULTON** was required to follow the well-established safety rules of the road to prevent serious injury or death to occupants of other vehicles around her, and her failure to do so caused the injuries and damages to the Petitioners described herein.

15.

**VICTORIA DAULTON** was required to operate his vehicle attentively to prevent serious injury or death to occupants of other vehicles around her, and her failure to do caused the injuries and damages to the Petitioners described herein.

16.

**VICTORIA DAULTON** was required to maintain a proper lookout in order to prevent serious injury or death to occupants of other vehicles around her, and her failure to do so caused the injuries and damages to the Petitioners described herein.

17.

**VICTORIA DAULTON** is also responsible for any other acts of negligence that may be shown at the trial of this matter, and which acts, or omissions constituted negligence that is the

proximate cause of this accident.

18.

At the time of the incident, there was in full force and effect a policy of insurance issued by Defendant **ACE AMERICAN**, in which the named, additional, or omnibus insured was **KOLD TRANS, LLC** and/or **KNIGHT TRANSPORTATION, INC.** and/or **VICTORIA DAULTON**, which policy provides coverage for the injuries and damages claimed herein.

19.

At all pertinent times and upon information and belief, Defendant **KOLD TRANS** and/or Defendant **KNIGHT TRANSPORTATION** negligently hired, monitored, and/or trained Defendant Daulton to safely operate the described vehicle. Kold Trans' and/or Knight Transportation's failure in their obligation(s), renders them liabile to Petitioners for the injuries and damages described herein.

20.

As a result of the described incident, Petitioners **ALFONSO SALAZAR RAMIREZ and ROSA DELPILAR RAMIREZ** have suffered severe property damages and personal injuries, including but not limited to, severe physical injury, severe emotional injury, pain and suffering, past and future medical expenses, loss wages, loss of earning capacity, loss of enjoyment of life, mental anguish, loss of consortion, service, and society to each other and other damages which may be shown at the trial of this matter.

**WHEREFORE**, Petitioners **ALFONSO SALAZAR RAMIREZ and ROSA DELPILAR RAMIREZ**, pray that a certified copy of this Petition, together with citations to appear and answer the same in the form and manner prescribed by law, be duly served upon the defendants, in accordance with law, and after all legal delays and due proceedings had, there be judgment herein in favor of Petitioners and against Defendants, **VICTORIA DAULTON, KOLD TRANS, LLC**, and **KNIGHT TRANSPORTATION, INC.** for all reasonable compensatory damages, together with legal interest thereon from the date of judicial demand, until paid, and for all taxable costs associated with these proceedings.

PETITIONERS FURTHER PRAY that this Honorable Court fix the fee for each and every expert witness that may be required to call or use to establish the cause, nature, and extent of their losses and damages and to tax the same as costs herein.

PETITIONERS FURTHER PRAY for a trial by jury.

PETITIONERS FURTHER PRAY for all orders and decrees necessary or proper in the premises which law, equity, or the nature of the case may permit.

RESPECTFULLY SUBMITTED,

BY: _____
BRYAN D. FISHER, 20812
FISHER INJURY LAWYERS
6715 Perkins Road
Baton Rouge, LA 70808
Telephone: (225) 766-1234
Facsimile: (225) 612-6813
Email: *bryan@fisherinjurylawyers.com*
*Attorney for Petitioners*

PLEASE SERVE THE FOLLOWING:

**VICTORIA DAULTON**
*Via Long Arm Citation*
912 Elm Street,
Twin Falls, Idaho 83301

**KNIGHT TRANSPORTATION, INC.**
*via Long Arm Citation through its registered agent*
RCA Service Co. LLC
3200 N. Central Avenue, Ste. 1600
Phoenix, AZ 85012

**KOLD TRANS, L.L.C.**
*via Long Arm Citation through its registered agent*
Todd F. Carlson
20002 N. 19th Avenue
Phoenix, AZ 85027

**ACE AMERICAN INSURANCE COMPANY**
*Through its* registered agent
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809